THOMAS FERNON, Indorsee of JNO. LYNCH *vs.* THOMAS FARMER'S Administrator.

The words "or order" or words tantamount, necessary to make a note negociable.

ASSUMPSIT on promissory note. Indorser *vs.* Maker. Pleas. Non assumpsit; payment and discount; Act of Liminations and plene administravit. Reps. and issues.

Plff. proved the execution of the note and the indorsement to him, and a promise. by the deft's. intestate, after the indorsement, to pay the note to plff.

*Hamilton*, for deft. moved a nonsuit.

The note declared on is a note payable to Thomas Lynch, or order. The note proved, is payable to Thomas Lynch, but not to his order. This is a fatal variance.

*Bayard* suggested that the words "or order," might be stricken out without affecting the instrument; if so, it is mere surplusage.

*Wales* replied, that it was of substance and material. *Chitty on Bills*, 140.

The question was, whether the words "or order" were necessary to make the note negociable, and the court being of that opinion,

Nonsuited the plff.

*J. A. Bayard*, for plff.

*Hamilton* and *Wales*, for deft.